# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.R. MCFARLANE, K.J. BRUBAKER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**TIMOTHY W. KRIEGER**
**CRYPTOLOGIC TECHNICIAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201500029**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 29 September 2014.
**Military Judge:** CAPT R.B. Blazewick, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** CDR N.O. Evans, JAGC, USN.
**For Appellant:** CDR Gregory R. Dimler, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**19 March 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court